UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No._____

EDWARD PAUL CONLON,

    Plaintiff,

v.

U.S. BANK, N.A. and FIVE BROTHERS
MORTGAGE COMPANY SERVICES
AND SECURING, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

The Defendant, U.S. BANK, N.A. ("U.S. Bank"), removes this action from the County Court of the Seventh Judicial Circuit in and for St. Johns County, Florida, in accord with 28 U.S.C. §§ 1441 and 1446, based on this Court's federal question jurisdiction under 28 U.S.C. § 1331 ("Section 1331"). In support of removal, US Bank respectfully states as follows:

1. On Edward Paul Conlon, the Plaintiff, (the "**Plaintiff**"), sued U.S. Bank in County Court, Circuit Court Division, in and for St. Johns County, Florida, in the action captioned <u>Edward Paul Conlon v. U.S. Bank, N.A. and Five Brothers Mortgage Company Services and Securing, Inc.</u>, Case Number CA15-00736 (the "**State Court Action**").

2. In the State Court Action, the Plaintiff's has amended his Complaint to include a Count making allegations against U.S. Bank that arise solely out of alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("**TCPA**"). A true and legible copy

of all process, pleadings, and orders in the State Court Action is attached to hereto as **Composite Exhibit A**.

3. U.S. Bank received service of the amended complaint on March 4, 2016.

4. Pursuant to 28 U.S.C. § 1441, removal is proper because this Court has original jurisdiction, under 28 U.S.C. § 1331, over the claims asserted by the Plaintiff in the State Court Action and this division embraces St. Johns county, Florida, the county where the State Court Action is pending.

5. This Court has original jurisdiction over all civil actions arising under federal law. 28 U.S.C. § 1331.

6. "Federal question" jurisdiction under Section 1331 extends to cases in which "federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 809 (1988).

7. In the subject action, the Plaintiff's claim arises solely from an alleged violation of a federal statute—TCPA.

8. This notice of removal is timely as it is filed within thirty days of U.S. Bank receiving service of the complaint in the State Court Action. See 28 U.S.C. § 1446(b) (requiring a notice of removal to be filed no later than thirty days after service upon the defendant).

9. Pursuant to 28 U.S.C. 1446(d), U.S. Bank served a copy of this Notice of Removal on each adverse party and filed a copy of same with the State court.

10. By filing this Notice of Removal, U.S. Bank waives no defense to dismissal of this action or challenge to the sufficiency of service of process.

WHEREFORE, U.S. Bank removes this action to the United States District Court for the Middle District of Florida, Jacksonville Division.

Dated: March 30, 2016

                        Respectfully submitted,

                        _____
                        S. Douglas Knox
                        Florida Bar No. 849871
                        J. Kirby McDonough
                        Florida Bar No.: 79031
                        QUARLES & BRADY LLP
                        101 E. Kennedy Blvd., Suite 3400
                        Tampa, Florida 33602
                        Telephone: 813-387-0300
                        Fax: 813-387-1800
                        Primary email address:
                        douglas.knox@quarles.com
                        kirby.mcdonough@quarles.com
                        Secondary email address:
                        christy.soberanis@quarles.com
                        docketfl@quarles.com
                        *Counsel for US Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic mail on \this 30 day of March, 2016 to:

_____
J. Kirby McDonough

## SERVICE LIST

Max Story, Esquire
MAX HUNTER STORY, P.A.
328 2nd Avenue North
Jacksonville Beach, Florida 32250
Email: max@storylawgroup.com
*Counsel for Plaintiff*

Curtis L. Brown, Esquire
Travis W. Fulford, Esquire
WRIGHT, FULFORD, MOORHEAD &
BROWN, P.A.
505 Maitland Avenue, Suite 1000
Altamonte Springs, Florida 32701
Email: cbrown@wfmblaw.com;
khartin@wfmblaw.com
Email: twfulford@wfmblaw.com;
ascheele@wfmblaw.com
*Counsel for Defendant Five Brothers
Mortgage Company Services and Securing,
Inc.*

Albert T. Franson, Esquire
FRANSON, ISELEY & RENDZIO, P.A.
1400 Prudential Dr., Suite 5
Jacksonville, Florida 32207
Email: afranson@fi-law.com
*Counsel for Defendant Five Brothers
Mortgage Company Services and Securing,
Inc.*

QB\38948238.1