UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:16-cv-379 J20 JBT

EDWARD PAUL CONLON,

    Plaintiff,

v.

U.S. BANK, N.A. and FIVE BROTHERS
MORTGAGE COMPANY SERVICES
AND SECURING, INC.,

    Defendant.

_____//

## FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

**COMES NOW** the Defendant, FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC. (hereinafter known as "5 BROTHERS"), by and through its undersigned counsel, and files this Answer, Affirmative Defenses in response to the Amended Complaint filed by EDWARD PAUL CONLON ("Plaintiff"), and states:

### JURISDICTION AND VENUE

1. 5 BROTHERS admits the allegations contained in paragraph 1 of the Plaintiff's Amended Complaint for jurisdictional purposes only; otherwise, as to the remainder of the allegations in paragraph 5 of the Plaintiff's Amended Complaint, 5 BROTHERS is without knowledge and therefore denies same.

2. 5 BROTHERS is without knowledge of the allegations contained within paragraph 2 of the Amended Complaint, and therefore denies same.

3. 5 BROTHERS is without knowledge of the allegations contained within paragraph 3 of the Amended Complaint, and therefore denies same.

4.     5 BROTHERS is without knowledge of the allegations contained within paragraph 4 of the Amended Complaint, and therefore denies same.

## PARTIES

5.     5 BROTHERS is without knowledge of the allegations contained within paragraph 5 of the Amended Complaint, and therefore denies same.

6.     5 BROTHERS is without knowledge of the allegations contained within paragraph 6 of the Amended Complaint, and therefore denies same.

7.     5 BROTHERS is without knowledge of the allegations contained within paragraph 7 of the Amended Complaint, and therefore denies same.

8.     5 BROTHERS denies the allegations contained within paragraph 8 of the Amended Complaint

9.     5 BROTHERS denies the allegations contained within paragraph 9 of the Complaint.

10.    5 BROTHERS is without knowledge of the allegations contained within paragraph 10 of the Amended Complaint, and therefore denies same.

11.    5 BROTHERS is without knowledge of the allegations contained within paragraph 11 of the Amended Complaint, and therefore denies same.

12.    5 BROTHERS is without knowledge of the allegations contained within paragraph 12 of the Amended Complaint, and therefore denies same.

13.    Exhibit "A" to the Amended Complaint speaks for itself.  As to the remainder of the allegations in paragraph 13, 5 BROTHERS is without knowledge and therefore denies same.

14.    5 BROTHERS is without knowledge of the allegations contained within paragraph 14 of the Amended Complaint, and therefore denies same.

15. 5 BROTHERS is without knowledge of the allegations contained within paragraph 15 of the Amended Complaint, and therefore denies same.

16. 5 BROTHERS is without knowledge of the allegations contained within paragraph 16 of the Amended Complaint, and therefore denies same.

17. 5 BROTHERS is without knowledge of the allegations contained within paragraph 17 of the Amended Complaint, and therefore denies same.

18. 5 BROTHERS is without knowledge of the allegations contained within paragraph 18 of the Amended Complaint, and therefore denies same.

19. 5 BROTHERS is without knowledge of the allegations contained within paragraph 19 of the Amended Complaint, and therefore denies same.

20. 5 BROTHERS is without knowledge of the allegations contained within paragraph 20 of the Amended Complaint, and therefore denies same.

21. 5 BROTHERS is without knowledge of the allegations contained within paragraph 21 of the Amended Complaint, and therefore denies same.

22. 5 BROTHERS is without knowledge of the allegations contained within paragraph 22 of the Amended Complaint, and therefore denies same.

23. 5 BROTHERS is without knowledge of the allegations contained within paragraph23 of the Amended Complaint, and therefore denies same.

24. 5 BROTHERS is without knowledge of the allegations contained within paragraph 24 of the Amended Complaint, and therefore denies same.

25. 5 BROTHERS is without knowledge of the allegations contained within paragraph 25 of the Amended Complaint, and therefore denies same.

26. 5 BROTHERS denies the allegations contained within paragraph 26 of the Amended Complaint.

27. 5 BROTHERS denies the allegations contained within paragraph 27 of the Amended Complaint.

28. 5 BROTHERS denies the allegations contained within paragraph 28 of the Amended Complaint.

29. 5 BROTHERS denies the allegations contained within paragraph 29 of the Amended Complaint.

30. 5 BROTHERS is without knowledge as to what Plaintiff was notified about as alleged in paragraph 30 of the Amended Complaint.

31. 5 BROTHERS is without knowledge of the allegations contained within paragraph 31 of the Amended Complaint, and therefore denies same

32. 5 BROTHERS is without knowledge as to what actions the Plaintiff undertook as alleged in paragraph 32 in the Amended Complaint, as to the remainder of the allegations, 5 BROTHERS denies that it was instructed to remove personal property from the residence.

33. 5 BROTHERS denies the allegations contained within paragraph 33 of the Amended Complaint.

34. 5 BROTHERS denies the allegations contained within paragraph 34 of the Amended Complaint.

35. 5 BROTHERS denies the allegations contained within paragraph 35 of the Amended Complaint.

36. 5 BROTHERS denies the allegations contained within paragraph 36 of the Amended Complaint.

37.     5 BROTHERS is without knowledge of the allegations contained within paragraph 37 of the Amended Complaint, and therefore denies same.

### COUNT ONE:  TELEPHONE CONSUMER COLLECTION PRACTICES ACT AS TO US BANK, N.A.

38.-52.  Count One of Plaintiff's Amended Complaint does not pertain to 5 BROTHERS. 5 BROTHERS, therefore, does not respond to these allegations.  In the event the allegations of Count One are deemed to impose liability on 5 BROTHERS, however, then 5 BROTHERS denies same in their entirety and demands strict proof thereof.

### COUNT TWO:  FLA. CONSUMER COLLECTION PRACTIVES ACT AS TO US BANK, N.A.

53.-65.  Count Two of Plaintiff's Amended Complaint does not pertain to 5 BROTHERS. 5 BROTHERS, therefore, does not respond to these allegations.  In the event the allegations of Count Two are deemed to impose liability on 5 BROTHERS, however, then 5 BROTHERS denies same in their entirety and demands strict proof thereof.

### COUNT TWO (2):  FCCPA VIOLATIONS 5 BROTHERS

5 BROTHERS readopts and reallages its responses to paragraphs 1 through 37 of the Amended Complaint, as if more fully set forth herein.

66.     5 BROTHERS is without knowledge of the allegations contained within paragraph 66 of the Amended Complaint, and therefore denies same.

67.     5 BROTHERS denies the allegations contained within paragraph 67 of the Amended Complaint.

68.     5 BROTHERS denies the allegations contained within paragraph 68 of the Amended Complaint.

69.     5 BROTHERS denies the allegations contained within paragraph 69 of the Amended Complaint.

70.     5 BROTHERS denies the allegations contained within paragraph 70 of the Amended Complaint.

71.     5 BROTHERS denies the allegations contained within paragraph 71 of the Amended Complaint.

72.     5 BROTHERS denies the allegations contained within paragraph 72 of the Amended Complaint.

73.     5 BROTHERS denies the allegations contained within paragraph 73 of the Amended Complaint.

74.     5 BROTHERS denies that Section 559.77 applies to the work it performed at the residence; as to the remainder of the allegations contained within paragraph 74 of the Amended Complaint, 5 BROTHERS is without knowledge and therefore denies same.

75.     5 BROTHERS denies that Section 559.77 applies to the work it performed at the residence; As to the remainder of the allegations contained within paragraph 74 of the Amended Complaint, 5 BROTHERS is without knowledge and therefore denies same.

**COUNT THREE: UNFAIR AND DECEPTIVE TRADE PRACTIVE BY 5 BROTHERS**

5 BROTHERS readopts and reallages its responses to paragraphs 1 through 37 of the Amended Complaint, as if more fully set forth herein.

76.     5 BROTHERS is without knowledge of the allegations contained within paragraph 76 of the Amended Complaint, and therefore denies same.

77.     5 BROTHERS is without knowledge of the allegations contained within paragraph 77 of the Amended Complaint, and therefore denies same.

78.     5 BROTHERS denies the allegations contained within paragraph 78 of the Amended Complaint.

79.     5 BROTHERS denies the allegations contained within paragraph 79 of the Amended Complaint.

80.     5 BROTHERS denies that Plaintiff is entitled to the recovery of attorney fees under Section 501.2105; As to the remainder of the allegations in paragraph 80 of the Amended Complaint, 5 BROTHERS is without knowledge and therefore denies the same.

**COUNT FOUR: TRESSPASS BY US BANK, N.A. AND 5 BROTHERS**

5 BROTHERS readopts and reallages its responses to paragraphs 1 through 37 of the Amended Complaint, as if more fully set forth herein.

81.     5 BROTHERS denies the allegations contained within paragraph 81 of the Amended Complaint.

82.     5 BROTHERS denies the allegations contained within paragraph 82 of the Amended Complaint.

83.     5 BROTHERS is without knowledge of the allegations contained within paragraph 83 of the Amended Complaint, and therefore denies same.

84.     5 BROTHERS is without knowledge of the allegations contained within paragraph 84 of the Amended Complaint, and therefore denies same.

85.     5 BROTHERS is without knowledge of the allegations contained within paragraph 85 of the Amended Complaint, and therefore denies same.

86.     5 BROTHERS denies the allegations contained within paragraph 86 of the Amended Complaint.

87. 5 BROTHERS denies the allegations contained within paragraph 87 of the Amended Complaint.

88. 5 BROTHERS denies the allegations contained within paragraph 88 of the Amended Complaint.

89. 5 BROTHERS denies the allegations contained within paragraph 89 of the Amended Complaint.

90. 5 BROTHERS denies the allegations contained within paragraph 90 of the Amended Complaint.

91. 5 BROTHERS denies the allegations contained within paragraph 91 of the Amended Complaint.

### COUNT FIVE: CONVERSION US BANK, N.A. AND 5 BROTHERS

5 BROTHERS readopts and reallages its responses to paragraphs 1 through 37 of the Amended Complaint, as if more fully set forth herein.

92. 5 BROTHERS denies the allegations contained within paragraph 92 of the Amended Complaint.

93. 5 BROTHERS admits the allegations contained within paragraph 93 of the Amended Complaint.

94. 5 BROTHERS denies the allegations contained within paragraph 94 of the Amended Complaint.

95. 5 BROTHERS denies the allegations contained within paragraph 95 of the Amended Complaint.

96. 5 BROTHERS denies the allegations contained within paragraph 96 of the Amended Complaint.

97. 5 BROTHERS denies the allegations contained within paragraph 97 of the Amended Complaint.

98. 5 BROTHERS denies the allegations contained within paragraph 98 of the Amended Complaint.

99. 5 BROTHERS denies the allegations contained within paragraph 99 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense**: 5 BROTHERS affirmatively states that Plaintiff has failed to state a legally sufficient cause of action upon which relief may be granted under counts two, three, four and five of its Amended Complaint.

**Second Affirmative Defense**: 5 BROTHERS affirmatively state that they are not liable to Plaintiff for damages arising from any third parties work at the subject residence, including but not limited to other securing, maintenance and/or repair efforts.

**Third Affirmative Defense**: 5 BROTHERS affirmatively states that to the extent that certain non-parties were at fault in causing or contributing to the damages described in Plaintiff's Complaint, 5 BROTHERS is entitled to an apportionment of fault and limitation of damages pursuant to §768.81, Fla. Stat. and *Fabre v. Marin*, 623 So. 2d 1182 (Fla. 1993). 5 BROTHERS further reserves the right to supplement this affirmative defense as discovery proceeds and will disclose the identity of other parties, who could be responsible for Plaintiff's alleged damages, and/or additional facts which support the culpability of other parties.

**Fourth Affirmative Defense**: 5 BROTHERS affirmatively state that Plaintiff assumed the risk of those damages referenced in its Amended Complaint by, including, but not limited to,

failing to pay those mortgage obligations to Defendant, U.S. Bank which resulted in securing and securing related efforts at Plaintiff's residence.

**Fifth Affirmative Defense**:  5 BROTHERS affirmatively states that at all times material hereto, Plaintiff was negligent, and said negligence proximately caused and/or contributed to his damages, if any, by failing to properly secure and maintain his residence, as well as to timely object to previous work performed on the residence by 5 BROTHERS and/or other securing contractors.

**Sixth Affirmative Defense**:  5 BROTHERS affirmatively state that all times material hereto, Plaintiff's own acts and/or omissions were the sole and proximate cause of the damages complained of, or in the alternative, Plaintiff's acts and/or omissions were a contributing factor in causing its alleged damages, if any, and as such, any cause of action against Defendants should be barred, or alternatively, any damages or recovery should be reduced in proportion to the acts, omissions and/or proportionate share of the responsibility of the Plaintiff for causing and/or contributing to its own alleged damages.

**Seventh Affirmative Defense**:  5 BROTHERS affirmatively states that Plaintiff is barred from recovering against Defendant's due to Plaintiff's failure to mitigate its own losses or damages.

**Eighth Affirmative Defense**:  5 BROTHERS affirmatively states that Plaintiff's alleged damages are not recoverable to the extent that those items alleged to be removed from the residence constitute "betterment."

## **RESERVATION OF RIGHT TO SUPPLEMENT DEFENSES**

The facts having not been fully developed in this litigation, 5 BROTHERS hereby expressly reserves its right to affirmatively plead any additional defenses which may become applicable to this action in the future.

**WHEREFORE**, 5 BROTHERS respectfully requests that this Honorable Court enter an Order dismissing all claims alleged against it, awarding 5 BROTHERS all taxable costs incurred in connection with this action, and granting 5 BROTHERS any further relief that this Court deems just and proper.

**WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.**

*/s/ Curtis L. Brown*
**CURTIS L. BROWN, ESQUIRE**
Florida Bar Number:  856312
cbrown@wfmblaw.com
khartin@wfmblaw.com
**TRAVIS W. FULFORD, ESQ.**
Florida Bar No.: 647756
twfulford@wfmblaw.com
505 Maitland Avenue, Suite 1000
Altamonte Springs, Florida 32701
Telephone:     407-425-0234
*Attorneys for Defendant Five Brothers*

Case No. 3:16-cv-379 J20 JBT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, through which an electronic copy of the foregoing will be sent to those parties on the Service List.

**Max Story, Esquire**, MAX HUNTER STORY, P.A., 328 2nd Avenue North, Jacksonville Beach, Florida 32250, max@storylawgroup.com

**Albert T. Franson, Esquire**, FRANSON, ISELEY & RENDZIO, P.A., 1400 Prudential Drive, Suite 5, Jacksonville, Florida 32207, afranson@fi-lavb.com

**J. Kirby McDonough, Esquire** and **S. Douglas Knox, Esquire**, QUARLES & BRADY LLP, 101 E. Kennedy Blvd., Suite 3400, Tampa, Florida 33602, Douglas.knox@quarles.com, kirby.mcdonough@quarles.com

*/s/ Curtis L. Brown*
**Curtis L. Brown**