UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD PAUL CONLON,

    Plaintiff,

v.    CASE NO. 3:16-cv-379-J-20JBT

U.S. BANK, N.A., and
FIVE BROTHERS MORTGAGE
COMPANY SERVICES AND
SECURING, INC.

    Defendants.
_____/

FIVE BROTHERS MORTGAGE
COMPANY SERVICES AND
SECURING, INC.

    Third Party Plaintiff,

v.

CAMERON SECURING & LAWN CARE,
LLC, and DANNON D. SMITH,

    Third Party Defendants.
_____/

## ORDER

THIS CAUSE is before this Court following a Report and Recommendation (Dkt. 43). The Report and Recommendation recommends the Third Party Complaint be dismissed without prejudice for Five Brothers failure to time effectuate service on Smith or Cameron LLC. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 43) is adopted;

2. The Third Party Complaint (Dkt. 14) is **DISMISSED without prejudice**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
James Kirby McDonough, Esq.
Albert T. Franson, Esq.
Curtis Lee Brown, Esq.