UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD PAUL CONLON,
    Plaintiff,

v.      Case No. 3:16-cv-379-J-20JBT

U.S. BANK, N.A., and FIVE BROTHERS
MORTGAGE COMPANY SERVICES AND
SECURING, INC.,
    Defendants.
_____/

## ORDER

THIS CAUSE is before this Court on a Mediation Disposition Report (Dkt. 49) that indicates this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this case.

DONE AND ENTERED at Jacksonville, Florida, this 2_/__day of May, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Dudley D. Birder, Jr., Mediator
Max H. Story, Esq.
James K. McDonough, Esq.
Albert T. Franson, Esq.
Curtis L. Brown, Esq.